IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN D. ROBERTS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, in her | : | |
| capacity as Acting Commissioner of the | : | |
| Social Security Administration, | : | No. 17-2443 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **23rd** day of **April**, **2018**, upon consideration of Plaintiff's Application for Attorneys' Fees and Costs, Defendant's response thereto, and Plaintiff's reply thereon, and for the reasons stated in the Court's Memorandum dated April 23, 2018, it is hereby **ORDERED** that:

1. The application (Document No. 25) is **GRANTED**.

2. Plaintiff is awarded $27,720 in attorney's fees.

3. Plaintiff is awarded $400 in costs.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

Berle M. Schiller, J.